# HANDBOOK RECEIPT AND ACKNOWLEDGMENT

I agree to read this handbook and follow the rules, policies and procedures described in the handbook during my employment. I understand that my employment with the facility will be on an at-will basis, and that either I or the facility can terminate the relationship at any time, with or without notice and with or without cause. I understand that the handbook is not contractual in nature. I further understand that the handbook and the provisions of the handbook may be modified or withdrawn at any time by the facility with or without notice to employees.

_[Signature]_      2/20/2011
Signature                       Date

Richard M. Slusher
Name (Printed)

Revised 01/2011

43

DEFENDANT'S EXHIBIT 7 Slusher

# Acknowledgement

I acknowledge that I have received, read and understand
the Community Health Systems ("CHS") Code of Conduct.

I agree to abide by the policies summarized in the Code of Conduct
and all federal, state, and local laws, rules and regulations
for the duration of my association with CHS.

_R. M. Slusher, MD_
Signature

Richard M. Slusher
Printed Name

2/20/2011
Date

HMC
Facility

CHS-CODE-ACK 02-08-r

CHS Community Health Systems

DEF SH6-0255