UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

RICHARD SLUSHER, D.O., )
)
*Plaintiff*, )
) Case No. 4:12-cv-60
v. )
) Judge Mattice
SHELBYVILLE HOSPITAL )
CORPORATION d/b/a HERITAGE )
MEDICAL CENTER, and DAN BUCKNER, )
)
*Defendants*. )
)

# JUDGMENT

This case came before the Court on the parties' cross motions for summary judgment. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted Defendants' Motion and having denied Plaintiff's Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 18th day of February, 2015.

         /s/ *Debra C. Poplin*
            Debra C. Poplin
           CLERK OF COURT